**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 254 EAL 2014
:
           Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JABBAR WORSLEY, :
:
         Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.